UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 13-2034 DSF (JEMx) | Date | 3/25/13 |
| Title | Dong H. Kwak v. Claudia Zubia | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    This matter was removed from state court on March 21, 2013, based on federal question jurisdiction. The complaint filed by Plaintiff is a state law unlawful detainer complaint and does not state a federal cause of action. (See Notice of Removal.) In the Notice of Removal, Defendant attempts to allege various actions that would invoke federal jurisdiction including violations of the Real Estate Settlement Procedures Act and the Truth in Lending Act. Even if the Petition was construed as a counterclaim to the unlawful detainer action, it would not provide federal jurisdiction over the unlawful detainer action because federal jurisdiction is based on the plaintiff's complaint and not on any counterclaims or defenses that a defendant might assert. See Holmes Group, Inc. v. Vornado Air Circulation Sys., Inc., 535 U.S. 826, 830-32 (2002).

    The case is REMANDED to the Superior Court of California, County of Los Angeles.

    IT IS SO ORDERED.